IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CALVIN COCHRAN, # 292258,    )
                             )
     Plaintiff,              )
                             )
     v.                      )    CIVIL ACTION NO.
                             )      1:14cv945-MHT
                             )          (WO)
CORRECTIONAL OFFICER         )
TRAWICK, in his personal     )
and representative           )
capacity, and OFFICER        )
LANDREAU, of Houston         )
County Jail,                 )
                             )
     Defendants.             )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that the defendant correctional officers used excessive force against him, causing him lasting physical and emotional injuries.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of January, 2015.

                                            /s/ Myron H. Thompson
                                           **UNITED STATES DISTRICT JUDGE**