IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CALVIN COCHRAN, # 292258,    ) | |
|                             ) | |
|     Plaintiff,              ) | |
|                             ) | CIVIL ACTION NO. |
|     v.                      ) | 1:14cv945-MHT |
|                             ) | (WO) |
| CORRECTIONAL OFFICER         ) | |
| TRAWICK, in his personal     ) | |
| and representative           ) | |
| capacity, and OFFICER        ) | |
| LANDREAU, of Houston         ) | |
| County Jail,                 ) | |
|                             ) | |
|     Defendants.             ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that the defendant correctional officers at the Houston County Jail used excessive force against him.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to respond.  There are no objections to the recommendation.  After an independent and de novo review of the record, the

court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of November, 2015.

                                  /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**